1  BUCHALTER NEMER
   A Professional Corporation
2  JAMES B. WRIGHT (SBN: 63241)
   RICHARD C. DARWIN (SBN: 161245)
3  333 Market Street, 25th Floor
   San Francisco, CA 94105-2126
4  Telephone: (415) 227-0900
   Facsimile: (415) 227-0770
5  *jwright@buchalter.com*

6  Attorneys for Petitioner
   BANK OF AMERICA, N.A.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  BANK OF AMERICA, N.A., a national          CASE NO.
    banking association,
12                                             CERTIFICATE OF INTERESTED
                  Petitioner,                  PERSONS AND ENTITIES FILED BY
13                                             PETITIONER BANK OF AMERICA,
          vs.                                  N.A.
14
    MICHELETTI FAMILY PARTNERSHIP, a
15  California Limited Partnership, ARTHUR
    MICHELETTI, an individual, and JANICE
16  MICHELETTI, an individual,
17                  Respondents.
18

19          Pursuant to Local Rule 3-16, the undersigned certifies that the following listed persons,

20  associations of persons, firms, partnerships, corporations (including parent corporations) or other

21  entities (i) have a financial interest in the subject matter in controversy or in a party to the

22  proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be

23  substantially affected by the outcome of this proceeding:

24          1.      Bank of America, N.A.

25          2.      No publicly held corporation owns 10% or more of the stock in Bank of America,

26  N.A.

27

28

1    DATED: June 10 , 2008

BUCHALTER NEMER
A Professional Corporation

By:_____
        RICHARD C. DARWIN
       Attorneys for Petitioner
       BANK OF AMERICA, N.A.

**CERTIFICATE OF INTERESTED PERSONS AND ENTITIES**

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO