AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

BANK OF AMERICA, N.A.,
a national banking association
  Plaintiff
         v.
MICHELETTI FAMILY PARTNERSHIP, a
California Limited Partnership, ARTHUR
MICHELETTI, an individual, and JANICE
MICHELETTI, an individual
  Defendant

)
)
)
)
)
)

Civil Action No. CV08-2902 EMC

**Summons in a Civil Action**

To: *(Defendant's name and address)*
MICHELETTI FAMILY PARTNERSHIP,
a California Limited Partnership
25380 Becky Lane
Los Altos Hills, CA 94022

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

RICHARD C. DARWIN, ESQ.
BUCHALTER NEMER, A Professional Corporation
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
(415) 227-0900
(415) 227-0770 - Fax
rdarwin@buchalter.com

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUN 1 1 2008

Richard W. Wieking
Name of clerk of court

SHEILAH NASH
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, _____
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____
_____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00. _____

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

American LegalNet, Inc.
www.FormsWorkflow.com