BUCHALTER NEMER
A Professional Corporation
JAMES B. WRIGHT (SBN: 63241)
RICHARD C. DARWIN (SBN: 161245)
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
jwright@buchalter.com

Attorneys for Petitioner
BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA, N.A., a national banking association,<br><br>Petitioner,<br><br>vs.<br><br>MICHELETTI FAMILY PARTNERSHIP, a California Limited Partnership, ARTHUR MICHELETTI, an individual, and JANICE MICHELETTI, an individual,<br><br>Respondents. | CASE NO.: CV 08-2902 EMC<br><br>**BANK OF AMERICA'S NOTICE OF PETITION TO COMPEL CONTRACTUAL ARBITRATION**<br><br>Date: July 23, 2008<br>Time: 10:30 a.m.<br>Courtroom: C, 15th Floor<br>Judge: Hon. Edward M. Chen |

**TO RESPONDENTS AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that on July 23, 2008, at 10:30 a.m. in Courtroom C (15th Floor) of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California, Petitioner Bank of America, N.A. will petition this Court pursuant to 28 U.S.C.§§4 and 6 of the Federal Arbitration Act for an order compelling Respondents, and each of them, to arbitrate the disputes identified in the petition filed and served herewith (the "Petition"), pursuant to the terms of the Lease Agreement attached as Exhibit A to the Petition (the "Lease Agreement"). Defendants seek the requested relief on the grounds that the Lease Agreement contains a broad arbitration clause which requires the arbitration of any and all disputes relating to the Lease Agreement. Specifically, pursuant to Article 20 of the Lease Agreement, "any

1  question, dispute, controversy or misunderstanding arising under any provision of this lease shall
2  be settled by arbitration. The party asking for arbitration shall request arbitration through the
3  American Arbitration Association and the decision of that association shall be binding unto the
4  parties hereto."
5        The Petition will be based upon this Notice, the Petition to Compel Arbitration filed
6  herewith, and the exhibit to that Petition, the complete files and records in this action, the written
7  and oral arguments of counsel and such other and further evidence as the Court may deem proper.
8  DATED: June 11, 2008        BUCHALTER NEMER
       A Professional Corporation

By: _____
           RICHARD C. DARWIN
           Attorneys for Petitioner
           BANK OF AMERICA, N.A.