RICHARD C. DARWIN (SBN 161245)
BUCHALTER, NEMER, FIELDS & YOUNGER
333 Market Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 227-0900
Attorney for: Petitioner

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Petitioner BANK OF AMERICA, N.A. etc.
Respondent MICHELETTI FAMILY PARTNERSHIP etc., et al.

Ref#: 237828    *    **PROOF OF SERVICE**    *    Case No.: CV 08 2902 EMC

At the time of service I was at least eighteen years of age and not a party to
this action and I served copies of the:

SUMMONS IN A CIVIL ACTION; BANK OF AMERICA'S PETITION TO COMPEL CONTRACTUAL ARBITRATION;
CERTIFICATE OF INTERESTED PERSONS AND ENTITIES FILED BY PETITIONER BANK OF AMERICA, N.A.;
BANK OF AMERICA'S NOTICE OF PETITION TO COMPEL CONTRACTUAL ARBITRATION; CIVIL COVER SHEET;
ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR CIVIL
PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN; ECF
REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNEMNT OF CASE TO A UNITED STATES MAGISTRATE
JUDGE FOR TRIAL; WELCOME TO THE U.S. DISTRICT COURT; PUBLIC NOTICE; CONSENTING TO A
MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA

in the within action by personally delivering true copies thereof to the
person named below, as follows:

        Party served    :  ARTHUR MICHELETTI, an individual

        By serving      :  Arthur Micheletti, Personally

        Address         :  (Home)
                           25380 Becky Lane
                           Los Altos Hills, CA 94022

        Date of Service: June 13, 2008

        Time of Service: 11:50 AM

Person who served papers:
VICTOR W. RZEPKA                        Fee for service: $50.00
SPECIALIZED LEGAL SERVICES, INC.        Registered California process server.
1112 Bryant Street, Suite 200           (i) Employee or Independent Contractor
San Francisco, CA 94103                 (ii) Registration no.: 906
Telephone: (415) 357-0500               (iii) County: Santa Clara

I declare under penalty of perjury under the laws of the United States of
America that the foregoing is true and correct.

Date: June 13, 2008                     Signature_____