RICHARD C. DARWIN (SBN 161245)
BUCHALTER, NEMER, FIELDS & YOUNGER
333 Market Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 227-0900
Attorney for: Petitioner

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Petitioner BANK OF AMERICA, N.A. etc.

Respondent MICHELETTI FAMILY PARTNERSHIP etc., et al.

Ref#: 237829      *   **PROOF OF SERVICE**   *   Case No.: CV 08 2902 EMC

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL ACTION; BANK OF AMERICA'S PETITION TO COMPEL CONTRACTUAL ARBITRATION; CERTIFICATE OF INTERESTED PERSONS AND ENTITIES FILED BY PETITIONER BANK OF AMERICA, N.A.; BANK OF AMERICA'S NOTICE OF PETITION TO COMPEL CONTRACTUAL ARBITRATION; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNEMNT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; WELCOME TO THE U.S. DISTRICT COURT; PUBLIC NOTICE; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA

in the within action by personally delivering true copies thereof to the person named below, as follows:

    Party served    : JANICE MICHELETTI, an individual

    By serving      : Arthur Micheletti, Spouse

    Address         : (Home)
                      25380 Becky Lane
                      Los Altos Hills, CA 94022

    Date of Service: June 13, 2008

    Time of Service: 11:50 AM

Person who served papers:
VICTOR W. RZEPKA
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $50.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 906
(iii) County: Santa Clara

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: June 13, 2008                          Signature _____

** TOTAL PAGE.04 **