```
RICHARD C. DARWIN (SBN 161245)
BUCHALTER, NEMER, FIELDS & YOUNGER
333 Market Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 227-0900
Attorney for: Petitioner
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Petitioner : BANK OF AMERICA, N.A. etc.

Respondent : MICHELETTI FAMILY PARTNERSHIP etc., et al.

Ref#: 237829          *  **DECLARATION OF MAILING**  *   Case No.: CV 08 2902 EMC

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL ACTION; BANK OF AMERICA'S PETITION TO COMPEL CONTRACTUAL ARBITRATION; CERTIFICATE OF INTERESTED PERSONS AND ENTITIES FILED BY PETITIONER BANK OF AMERICA, N.A.; BANK OF AMERICA'S NOTICE OF PETITION TO COMPEL CONTRACTUAL ARBITRATION; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNEMNT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; WELCOME TO THE U.S. DISTRICT COURT; PUBLIC NOTICE; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA

in the within action by placing true copies thereof in a sealed envelope with first class postage fully prepaid thereon in the United States mail at San Francisco, California, addressed as follows:

```
        JANICE MICHELETTI, an individual


        (Home)
        25380 Becky Lane
        Los Altos Hills, CA 94022


        Date of Mailing: June 13, 2008
```

```
Person who served papers:              Fee for service: $50.00
APRIL JIMENEZ                          Registered California process server.
SPECIALIZED LEGAL SERVICES, INC.       (i) Employee or Independent Contractor
1112 Bryant Street, Suite 200          (ii) Registration no.: 880
San Francisco, CA 94103                (iii) County: San Francisco
Telephone: (415) 357-0500
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: June 13, 2008                         Signature _____(signature)_____