JAMES M. WAGSTAFFE (95535)
ADRIAN J. SAWYER (203712)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500
sawyer@kerrwagstaffe.com

Attorneys for Respondents
THE MICHELETTI FAMILY PARTNERSHIP,
ART MICHELETTI, and JANICE MICHELETTI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A., a national banking association,<br><br>Petitioner,<br><br>v.<br><br>MICHELETTI FAMILY PARTNERSHIP, a California Limited Partnership, ARTHUR MICHELETTI, an individual, and JANICE MICHELETTI, an individual,<br><br>Respondents. | Case No. CV 08-2902 JSW<br><br>**NOTICE OF APPEARANCE BY RESPONDENTS THE MICHELETTI FAMILY PARTNERSHIP, ARTHUR MICHELETTI, AND JANICE MICHELETTI** |

1     PLEASE TAKE NOTICE that Respondents The Micheletti Family Partnership, Arthur Micheletti, and Janice Micheletti hereby appear in the above-titled action and have retained the law offices of Kerr & Wagstaffe LLP as counsel. Copies of all pleadings and documents in this case shall be served upon the attorneys listed on the caption page.

DATED: July 15, 2008

**KERR & WAGSTAFFE LLP**

By    /s/ _____
ADRIAN J. SAWYER

Attorneys for Respondents
THE MICHELETTI FAMILY PARTNERSHIP, ARTHUR MICHELETTI, and JANICE MICHELETTI

– 1 –

CASE NO. CV 08-2902 JSW        NOTICE OF APPEARANCE BY RESPONDENTS