BUCHALTER NEMER
A Professional Corporation
    JAMES B. WRIGHT (SBN: 63241)
    RICHARD C. DARWIN (SBN: 161245)
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
jwright@buchalter.com
rdarwin@buchalter.com

Attorneys for Petitioner
BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA, N.A., a national banking association,<br><br>            Petitioner,<br><br>   vs.<br><br>MICHELETTI FAMILY PARTNERSHIP, a California Limited Partnership, ARTHUR MICHELETTI, an individual, and JANICE MICHELETTI, an individual,<br><br>            Respondents. | CASE NO. CV 08-2902 JSW<br><br>**CERTIFICATE OF SERVICE FOR ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

DATED: July 22, 2008

BUCHALTER NEMER
A Professional Corporation

By: _____
        JAMES B. WRIGHT
        Attorneys for Petitioner
        BANK OF AMERICA, N.A.

## CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 333 Market Street, 25th Floor, San Francisco, California 94105-2126.

On the date set forth below, I served the foregoing document described as:

**ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANGEMENT CONFERENCE STATEMENT**

on all other parties and/or their attorney of record to this action by placing a true copy thereof in a sealed envelope as follows:

James M. Wagstaffe, Esq.
Kerr & Wagstaffe LLP
100 Spear St #1800
San Francisco, CA, 94105
Phone: (415) 371-8500
Fax: (415) 371-0500
Email: wagstaffe@kerrwagstaffe.com

[X]   **BY MAIL**   I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address shown above is the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in San Francisco, California on July 2, 2008. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

[X]   **BY EMAIL.** On July 2, 2008, I caused the above-referenced document to be sent in electronic PDF format as an attachment to an email addressed to the person on whom such document is to be served at the email address shown above, as last given by that person or as obtained from an internet website relating to such person, and I did not receive an email response upon sending such email indicating that such email was not delivered.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on July 2, 2008, at San Francisco, California.

Frances L. Skaggs _____          _____
                                                                               (Signature)

BN 2069438v1

## Skaggs, Frances

| | |
|---|---|
| **From:** | Skaggs, Frances |
| **Sent:** | Wednesday, July 02, 2008 12:07 PM |
| **To:** | 'wagstaffe@kerrwagstaffe.com' |
| **Subject:** | Bank of America v. Micheletti Family Partnership (USDC No. C 08-02902 JSW) |
| **Attachments:** | Micheletti.Order Setting CMC & Requiring Joint CMC Statement with Certificate of Service.pdf |



Micheletti.Order
Setting CMC &...    lease see attached.


**Frances Skaggs**
**Buchalter Nemer, A Professional Corporation**
**333 Market Street, 25th Floor | San Francisco, CA 94105-2126 Direct Dial: (415) 227-3631 | Switchboard: (415) 227-0900**
**Email: fskaggs@buchalter.com**

1