1  JAMES M. WAGSTAFFE (95535)
   ADRIAN J. SAWYER (203712)
2  **KERR & WAGSTAFFE LLP**
   100 Spear Street, Suite 1800
3  San Francisco, CA 94105–1528
   Telephone: (415) 371-8500
4  Fax: (415) 371-0500

5  Attorneys for Respondents
   ARTHUR MICHELETTI, MICHELETTI FAMILY
6  PARTNERSHIP, and JANICE MICHELETTI

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA, N.A., a national banking association,<br><br>Petitioner,<br><br>v.<br><br>MICHELETTI FAMILY PARTNERSHIP, a California Limited Partnership, ARTHUR MICHELETTI, an individual, and JANICE MICHELETTI, an individual,<br><br>Respondents. | Case No. C 08-2902 JSW<br><br>**RESPONDENT ART MICHELETTI'S STATEMENT OF NON-OPPOSITION TO BANK OF AMERICA'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIV. L.R. 3-12)** |

---

CASE NO. C 08-2902 JSW                                    STATEMENT OF NON-OPP'N. TO MTN. TO RELATE CASES

1    On July 29, 2008, Defendant Bank of America filed an administrative motion to consider whether an action newly-removed by it, *Micheletti v. Bank of America, N.A., et al.*, Case No. CV 08-3557 BZ, should be related to this action.

The two actions have common parties, and relating them will avoid duplication of labor and expense. An order relating cases is therefore appropriate. See Civ. L.R. 3-12(a). Respondent Art Micheletti, Plaintiff in the removed action No. CV 08-3557 BZ, intends to move to remand the removed action on the grounds that complete diversity does not exist, and further contends that federal court is not the proper forum for these matters.

DATED: July 30, 2008

**KERR & WAGSTAFFE LLP**

By _____/s/_____
ADRIAN J. SAWYER

Attorneys for Respondents
ARTHUR MICHELETTI, MICHELETTI FAMILY PARTNERSHIP, and JANICE MICHELETTI