1  BUCHALTER NEMER
   A Professional Corporation
2  JAMES B. WRIGHT (SBN: 63241)
   RICHARD C. DARWIN (SBN: 161245)
3  333 Market Street, 25th Floor
   San Francisco, CA 94105-2126
4  Telephone: (415) 227-0900
   Facsimile: (415) 227-0770
5  *jwright@buchalter.com*

6  Attorneys for Petitioner
   BANK OF AMERICA, N.A.
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11 BANK OF AMERICA, N.A., a national          CASE NO. CV 08-2902 JSW
   banking association,
12                                            **STIPULATION AND [PROPOSED]**
              Petitioner,                     **ORDER CONTINUING CASE**
13                                            **MANAGEMENT CONFERENCE**
       vs.
14
   MICHELETTI FAMILY PARTNERSHIP,
15 a California Limited Partnership, ARTHUR
   MICHELETTI, an individual, and JANICE
16 MICHELETTI, an individual,

17            Respondents.

18

19     WHEREAS, Bank of America, N.A ("Bank of America"), has filed this Petition To

20 Compel Arbitration against the Micheletti Family Partnership, Arthur Micheletti, and Janice

21 Micheletti;

22     WHEREAS, the Court has scheduled an initial Case Management Conference for

23 September 19, 2008;

24     WHEREAS, Bank of America's Motion to Compel Arbitration, and defendants' Motion

25 to Dismiss, are both scheduled to be heard by the Court on October 17, 2008;

26     WHEREAS, Bank of America, the Micheletti Family Partnership, Arthur Micheletti, and

27 Janice Micheletti (collectively, "the Parties") recognize that it will serve the interests of judicial

28 economy to continue the Case Management Conference to October 17, 2008, the same date as the

hearing on the aforementioned motions;

NOW, THERFORE, the Parties do hereby agree and stipulate to continue the initial Case Management Conference from Friday, September 19, 2008, to Friday, October 17, 2008, at 9:00 a.m.

DATED: September 15, 2008      BUCHALTER NEMER
                               A Professional Corporation


                               By:   *Richard C. Darwin*
                                     RICHARD C. DARWIN
                                     Attorneys for Petitioner
                                     BANK OF AMERICA, N.A.

DATED: September 15, 2008      KERR & WAGSTAFFE LLP


                               By:   *Adrian Sawyer*
                                     ADRIAN SAWYER
                                     Attorneys for Respondents
                                     MICHELETTI FAMILY PARTNERSHIP,
                                     ARTHUR MICHELETTI, and JANICE
                                     MICHELETTI

## ORDER

Pursuant to the Stipulation set forth above, and good cause appearing, IT IS SO ORDERED.


Dated: September 16, 2008


DATED: _____

                               _____
                               HON. JEFFREY S. WHITE
                               Judge of the United States District Court