IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BANK OF AMERICA, N.A.,

    Plaintiff,

v.

MICHELETTI FAMILY PARTNERSHIP, et al.

    Defendants.

_____/

No. 08-02902 JSW

**JUDGMENT**

    Pursuant to the Court's Order granting the motion to compel arbitration filed by Plaintiff, Bank of America, N.A., which resolves Plaintiff's Petition to Compel Arbitration, judgment is hereby entered in favor of Plaintiff and against Defendants.

    **IT IS SO ORDERED.**

Dated: October 14, 2008

                                                   JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE

*United States District Court — For the Northern District of California*