BUCHALTER NEMER
A Professional Corporation
JAMES B. WRIGHT (SBN: 63241)
RICHARD C. DARWIN (SBN: 161245)
ERIN H. WELSH (SBN: 240639)
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
jwright@buchalter.com

Attorneys for Petitioner
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA, N.A., a national banking association,<br><br>Petitioner,<br><br>vs.<br><br>MICHELETTI FAMILY PARTNERSHIP, a California Limited Partnership, ARTHUR MICHELETTI, an individual, and JANICE MICHELETTI, an individual,<br><br>Respondents. | CASE NO. CV 08-2902 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING PETITIONER BANK OF AMERICA'S DEADLINE TO FILE ATTORNEYS' FEE MOTION AND BILL OF COSTS** |

WHEREAS, this Court entered judgment in favor of Petitioner Bank of America, N.A. ("BofA") on October 14, 2008;

WHEREAS, pursuant to FRCP Rule 54 and Northern District Civil Local Rules 54-1 and 54-6, the deadline for BofA to file a motion for attorneys' fees and a bill of costs is October 28, 2008;

WHEREAS, BofA, the Micheletti Family Partnership, Arthur Micheletti and Janice Micheletti (collectively, the "parties") wish to extend the deadline for BofA to file an attorneys' fee motion and bill of costs for approximately thirty (30) days to permit the parties to engage in a

STIP. AND ORDER CONTINUING DEADLINE FOR BOFA TO FILE ATTORNEYS' FEE MOTION

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

full meet and confer process;

NOW, THEREFORE, the parties do agree and stipulate to continue the deadline for BofA to file and serve a motion for attorneys' fees and bill of costs to November 26, 2008.

DATED: October 23, 2008

BUCHALTER NEMER
A Professional Corporation

By: _____
ERIN H. WELSH
Attorneys for Petitioner
BANK OF AMERICA, N.A.

DATED: October 23, 2008

KERR & WAGSTAFFE LLP

By: _____
JAMES M. WAGSTAFFE
Attorneys for Respondents
MICHELETTI FAMILY PARTNERSHIP,
ARTHUR MICHELETTI, and JANICE
MICHELETTI

ORDER

Pursuant to the Stipulation set forth above, and good cause appearing, IT IS SO ORDERED.

DATED: October 27, 2008

_____
HON. JEFFREY S. WHITE
Judge of the United States District Court

cc: Cora Delfin