JAMES M. WAGSTAFFE (95535)
ADRIAN J. SAWYER (203712)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Respondents

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A., a national banking association,<br><br>Petitioner,<br><br>v.<br><br>MICHELETTI FAMILY PARTNERSHIP, a California Limited Partnership, ARTHUR MICHELETTI, an individual, and JANICE MICHELETTI, an individual,<br><br>Respondents. | Case No. C 08-2902 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR RESPONDENTS TO OBJECT TO BILL OF COSTS**<br><br>Hon. Jeffrey S. White |



**STIPULATION**

WHEREAS, on November 26, 2008, Petitioner Bank of America, N.A., filed a Motion for Prevailing Party Attorneys' Fees and Costs ("Fee Motion");

WHEREAS, on that same day, Petitioner filed a Bill of Costs;

WHEREAS, Petitioner's Fee Motion is set for hearing on January 21, 2009;

WHEREAS, Respondent's opposition to Petitioner's Fee Motion is due December 31, 2008;

WHEREAS, under the Federal Rules of Civil Procedure and the Northern District of California's Civil Local Rules, the deadline for Respondents to file any objections to the Bill of Costs runs December 15, 2008; and

WHEREAS, the parties agree that it will serve the interests of judicial economy for any objections to Petitioner's Bill of Costs to be due on the same day as the opposition to the Fee Motion;

NOW THEREFORE, the parties, by and through their counsel of record, do stipulate that the deadline for Respondents' objections to the Bill of Costs shall be December 31, 2008.

DATED: December 15, 2008

**KERR & WAGSTAFFE LLP**

By       /s/
ADRIAN J. SAWYER

Attorneys for Respondents

DATED: December 15, 2008

**BUCHALTER NEMER**

By       /s/
RICHARD C. DARWIN

Attorneys for Petitioner



**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that the deadline for Respondents to file objections to Petitioner's Bill of Costs shall be and hereby is December 31, 2008.

Dated: <u>December 16</u>, 2008

_____
HON.  JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

