IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BANK OF AMERICA,

    Plaintiff,

    v.

MICHELETTI FAMILY PARTNERSHIP,

    Defendant.
_____/

No. C 08-02902 JSW

**ORDER SETTING BRIEFING SCHEDULE AND VACATING HEARING DATE**

On March 12, 2009, Plaintiff Bank of America, N.A. filed a Notice of Motion and Motion for a *De Novo* Review of its Objections to Magistrate's Report and Recommendation Regarding BOFA's Motion for Post Judgment Attorneys' Fees and Costs, and noticed that motion for a hearing on May 1, 2009.

The hearing date is VACATED, and the Court shall address the matter on the papers, unless otherwise ordered by the Court. Defendants' opposition, if any, shall be due by no later than March 27, 2009. Plaintiff's Reply shall be due on April 3, 2009. If the parties wish to alter this briefing schedule, they must submit a request demonstrating good cause for any such modification.

**IT IS SO ORDERED.**

Dated: March 13, 2009

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE