Received Mar-17-09 02:10pm From-4153710500 To-Buchalter Nemer SF Page 002

BUCHALTER NEMER
A Professional Corporation
   JAMES B. WRIGHT (SBN: 63241)
   RICHARD C. DARWIN (SBN: 161245)
   ERIN H. WELSH (SBN: 240639)
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
jwright@buchalter.com

Attorneys for Petitioner
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA, N.A., a national banking association,<br><br>    Petitioner,<br><br>vs.<br><br>MICHELETTI FAMILY PARTNERSHIP, a California Limited Partnership, ARTHUR MICHELETTI, an individual, and JANICE MICHELETTI, an individual,<br><br>    Respondents. | CASE NO. CV 08-2902 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE ON BANK OF AMERICA'S MOTION FOR *DE NOVO* REVIEW**<br><br>(F. R. Civ. Proc., Rule 72(b); Local Rule 72-3; 28 U.S.C. § 636(b)(3))<br><br>Hearing Date: None<br>Judge: Hon. Jeffrey S. White<br><br>Judgment entered: October 14, 2008 |

    **WHEREAS**, the Court recently removed from its May 1, 2009 hearing calendar Bank of America's ("BofA's") motion for a *de novo* determination of its Objections to the Report of Recommendation of Magistrate Judge Larson ("Report"). This Court also set a briefing schedule by which Respondents' Opposition brief is due to be filed and served on March 27, 2009, and BofA's Reply brief is due to be filed and served on April 3, 2009.

    **WHEREAS**, BofA's counsel, James B. Wright, is out of state on business from March 28, 2009, through April 1, 2009, and unavailable to prepare a Reply brief during his absence.

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 2803619v1

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE -- CASE NO. CV 08-2902 JSW

KERR & WAGSTAFFE LLP Fax:4153710500 Mar 17 2009 13:58 P. 02

Received Mar-17-09 02:10pm From-4153710500 To-Buchalter Nemer SF Page 003

NOW, THEREFORE, counsel for BofA and counsel for Respondents have agreed to the following revised briefing schedule, subject to this Court's approval:

| | |
|---|---|
| April 2, 2009 | Respondents' Opposition brief due to be filed and served; |
| April 9, 2009 | BofA's Reply brief due to be filed and served. |

SO STIPULATED:

DATED: March 17, 2009

BUCHALTER NEMER
A Professional Corporation

By: _____
JAMES B. WRIGHT
Attorneys for Petitioner
BANK OF AMERICA, N.A.

DATED: March 17, 2009

KERR & WAGSTAFFE LLP

By: _____
JAMES M. WAGSTAFFE
Attorneys For Respondents

SO ORDERED:

DATED: March 18, 2009

_____
United States District Court Judge

BN 2803619v1

2

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE -- CASE NO. CV 08-2902 JSW

Mar 17 2009 13:58 KERR & WAGSTAFFE LLP Fax:4153710500 P.03